632

Heard in the second division of this court for the first district at the June term, 1938. Opinion filed October 18, 1938.

Maurice H. Kamm and Julius J. Schwartz, for appellant. No appearance for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

People of the State of Illinois, defendant in error, v. Nick Vergado, plaintiff in error. Gen. No. 40,231.

Heard in the second division of this court for the first district at the June term, 1938. Opinion filed October 18, 1938.

Cameron Latter, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Blair L. Varnes, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

Fred Holy, appellee, v. Winifred Hitchcock, also known as Winnie Hitchcock, appellant. Gen. No. 39,988.

Heard in the second division of this court for the first district at the February term, 1938. Opinion filed October 18, 1938.

C. N. Leach, for appellant. J. Kendall S. Mitchell, for appellee.

Mr. Justice John J. Sullivan delivered the opinion of the court.

Mrs. William Fluegge, appellee, v. Des Plaines and Cook County Farmers Mutual Fire Insurance Company of Mt. Prospect, trading as Mutual County Fire Insurance Company of Mt. Prospect, appellant. Gen. No. 40,143.

Heard in the second division of this court for the first district at the June term, 1938. Opinion filed October 18, 1938. Rehearing denied November 1, 1938.

Walter W. and Edward W. Weiss, for appellant. Howard E. De Long, for appellee; E. C. Frank Meier, of counsel.

Mr. Justice John J. Sullivan delivered the opinion of the court.

Harry Gold et al., appellees, v. Metropolitan Trust Company, appellant. Gen. No. 39,634.

Heard in the third division of this court for the first district. Opinion filed October 26, 1938. Rehearing denied November 9, 1938.

Rothbart, Peterson & Rosenfield, for appellant; Edward Rothbart and J. M. Rosenfield, of counsel. Cameron Latter, for appellees.

Mr. Presiding Justice Hall delivered the opinion of the court.

George F. Keller et al., appellees, v. Adam J. Ensinger et al., defendants. Marion Ensinger and Doris Travis Glen, appellants. Gen. No. 39,771.

Heard in the third division of this court for the first district at the October term, 1937. Opinion filed October 26, 1938.

Charles M. Haft, for appellants. Kriebel, Kewley & Hubbard and Albert E. Jenner, Jr., for certain appellees.

Mr. Presiding Justice Hall delivered the opinion of the court.

Harry Gold et al., appellants, v. Metropolitan Trust Company et al., appellees. Gen. No. 39,863.

Heard in the third division of this court for the first district at the December term, 1937. Opinion filed October 26, 1938. Rehearing denied November 9, 1938.

Millard C. Eiseman, for certain appellants; Louis I. Lewis, of counsel. Samuel Fumel, for certain other appellant; Abraham Miller, of counsel. Franklin Raber, for certain other appellant. Rothbart & Rosenfield, for certain appellee. Kelly & Cohler, for certain other appellee. Maurice A. Barancik, for certain other appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.

Richard Wagner Jr., minor by Richard Wagner Sr., his father and next friend, appellee, v. Guy Macelli and William N. Erickson. Appeal of William N. Erickson, appellant. Gen. No. 39,975.

Heard in the third division of this court for the first district at the February term, 1938. Opinion filed October 26, 1938.

Andreen, Winstin & Mead, for appellant; Charles W. Mead and Gustav Andreen, Jr., of counsel. Norman Peters and Leo G. Hanna, for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.

Elizabeth Poznaniak, individually and as administratrix of estate of Maryanna Wnukowski, appellee, v. Stanislaw Weber and Max S. Weber, trading as Weber and Weber and Offices of Max S. Weber, appellants. Gen. No. 39,997.